IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY PEREZ, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM INSURANCE COMPANY, <br><br> Defendant. | 8:23CV83 <br><br> ORDER |

Counsel for the parties have advised the court that mediation has been scheduled for July 30, 2024. Accordingly,

**IT IS ORDERED**:

1. On or before **August 6, 2024**, the parties shall notify the Court regarding the outcome of mediation.

2. All outstanding deadlines (including briefing as to the pending summary judgment motion), and the pretrial conference and trial remain scheduled as set forth in the Trial Setting Order ([Filing No. 19](#)) entered on May 22, 2024.

Dated this 17th day of June, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

.